

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2021

No. 04-21-00171-CV

Leticia **RODRIGUEZ** 'Cross-Appellee',
Appellant

v.

Lydia **RODRIGUEZ** and Robert Pereida 'Cross-Appellants',
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI19456
Honorable Cynthia Marie Chapa, Judge Presiding

## O R D E R

The reporter's record in this case was originally due on June 28, 2021. On July 6, 2021, this court granted court reporter Judith Stewart's request for an extension of time to file the record until July 28, 2021. On July 28, 2021, court reporter Judith Stewart requested an extension until August 6, 2021 to file the reporter's record. The request is GRANTED. It is therefore ORDERED that court reporter Judith Stewart file the reporter's record on or before August 6, 2021. Further requests for extension of time to file the reporter's record will be disfavored.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2021.

_____
Michael A. Cruz,
Clerk of Court